**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-00469-FWS-KESx    Date: October 19, 2026

Title: GIG WORLDWIDE, INC. v. ETHIKA, INC.

PRESENT:
THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **Order to Show Cause ("OSC") re Sanctions**

Defendant Ethika, Inc. and its counsel of record, Anthony B. Cartee, are hereby ordered to show cause why they should not be sanctioned $1,500, jointly and severally, for (1) failing to serve initial disclosures; (2) failing to respond to some discovery and Plaintiff's counsel's related messages; (3) failing to meet and confer about identified deficiencies in Defendant's discovery responses to avoid the need for motion practice; and (4) failing to attend the discovery status conference on October 19, 2026.

A response to this OSC is due by **October 30, 2026**. Failure to respond to this OSC may result in a recommendation that the case be dismissed, in addition to an order imposing monetary sanctions. If Mr. Cartee intends to move to withdraw as counsel of record, he must do so by **October 30, 2026**. Filing a motion to withdraw does not excuse counsel from responding to this OSC. Unless and until counsel files a motion to withdraw that is granted by the District Judge, he remains counsel of record.